# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

142185

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 142185
                                 COA: 291949
                                 St Joseph CC: 2008-015318-FH

DAVID DANIEL TAYLOR, II,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011
0228

_____
Clerk